IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN HOROWITZ, et al., | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| v. | : | No. 20-6369 |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| MILITARY AND VETERANS AFFAIRS, | : | |
| et al., | : | |
| *Defendants* | : | |

## ORDER

AND NOW, this 16th day of November, 2021, upon consideration of the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 18) and the status conference held in Chambers on November 15, 2021, it is hereby **ORDERED** that the Motion (Doc. No. 18) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1