# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IAN HOROWITZ, et al.,    Case No.: 2:20-cv-06369

    Plaintiffs,

vs.

PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, et al.,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL OF ACTION AS TO PLAINTIFF JOHN TROWBRIDGE ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lisa Krause, as Attorney-in-Fact for John Trowbridge, and Defendants, Commonwealth of Pennsylvania Department of Corrections d/b/a State Correctional Institution at Waymart a/ka/ SCI Waymart, and Correct Care Solutions, stipulate and agree to dismissing the instant action with prejudice as to Plaintiff John Trowbridge only, each party to bear its own costs and attorney's fees.

    Respectfully submitted,

*/s/ Robert F. Daley*
ROBERT F. DALEY, ESQUIRE
PA Bar ID No.: 81992
D. AARON RIHN, ESQUIRE
PA Bar ID No.: 87572
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
Email: bdaley@peircelaw.com
       arihn@peircelaw.com

*/s/ Daniel C. Levin*
DANIEL C. LEVIN, ESQUIRE
PA Bar ID No.: 80013
LEVIN SEDRAN & BERMAN, LLC
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-596-4663
Email: dlevin@lfsblaw.com

*Counsel for Plaintiffs*

*/s/ Victoria C. Rodgers*
VICTORIA C. RODGERS, ESQUIRE
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215-665-2144
Fax: 267-507-1567
vrodgers@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 23rd day of September 2022 and is available for download by all counsel of record.

Respectfully submitted,

*/s/ Robert F. Daley*
ROBERT F. DALEY, ESQUIRE
PA Bar ID No.: 81992
D. AARON RIHN, ESQUIRE
PA Bar ID No.: 87572
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
Email: bdaley@peircelaw.com
           arihn@peircelaw.com

DANIEL C. LEVIN, ESQUIRE
PA Bar ID No.: 80013
LEVIN SEDRAN & BERMAN, LLC
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-596-4663
Email: dlevin@lfsblaw.com

*Counsel for Plaintiffs*