IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN HOROWITZ, Individually and as Administrator of the Estate of EDWARD HOROWITZ, Deceased; WANDA LONGNECKER, as Administratrix of the Estate of EDWIN BUSH, Deceased; CHRISTINA FERKO-DIAZ and KATRINA RIVERA, Individually and as Co-Administratrixes of the Estate of PAUL FERKO, Deceased; CAROL LEWIS, Individually and as Administratrix of the Estate of HIRAM GREEN, Deceased; ESTHER COMER, Individually and as Administratrix of the Estate of RUSSELL WACKER, III, Deceased; LAWRENCE MOTTOLA, Individually and as Executor of the Estate of ANTHONY MOTTOLA; and WILLIAM R. MURPHY, III, Individually and as Administrator of the Estate of WILLIAM R. MURPHY, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, as owner and operator of SOUTHEASTERN VETERANS' CENTER; ROHAN BLACKWOOD, in his individual capacity; and DEBORAH MULLANE, in her individual capacity, <br><br> Defendants. | Case No. 2:20-cv-06369 |

### **JOINT STIPULATION FOR DISMISSAL OF ALL ACTIONS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named Plaintiffs and Defendants stipulate and agree to dismissing the instant action with prejudice with each party to bear its own costs and attorney's fees.

1

Dated: February 2, 2023                                   Respectfully submitted,

*/s/ Robert F. Daley*
ROBERT F. DALEY, ESQUIRE
PA Bar ID No.: 81992
D. AARON RIHN, ESQUIRE
PA Bar ID No.: 87572
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
Email: bdaley@peircelaw.com
       arihn@peircelaw.com


*/s/ Daniel C. Levin*
DANIEL C. LEVIN, ESQUIRE
PA Bar ID No.: 80013
LEVIN SEDRAN & BERMAN, LLC
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-596-4663
Email: dlevin@lfsblaw.com

*Counsel for Plaintiffs*

*/s/ Victoria C. Rodgers*
VICTORIA C. RODGERS, ESQUIRE
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215-665-2144
Fax: 267-507-1567
vrodgers@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 2nd day of February 2023 and is available for download by all counsel of record.

*/s/ Robert F. Daley*
ROBERT F. DALEY, ESQUIRE
*Counsel for Plaintiffs*
